1

HONORABLE JAMES L. ROBART

2

3

4

5

6

7

8

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

9

10

11

DAVID BORDEN, individually, and on
behalf of all others similarly situated,

Case No. 2:19-cv-01430

12

Plaintiff,

[PROPOSED ORDER] MODIFYING
DATE BY WHICH DEFENDANT'S
RESPONSE TO THE COMPLAINT IS
DUE

13

v.

14

EFINANCIAL, LLC, a Washington Limited
Liability Company,

15

Defendant.

16

17

This matter comes before the Court on the Plaintiff's Unopposed Motion to Modify

18

Date by Which Defendant's Response to the Complaint is Due (the "Motion").   Having

19

20

reviewed the Motion, and good cause appearing, the Court approves the Plaintiff's Motion, and

21

it is HEREBY ORDERED THAT:

22

Defendant shall respond to the Complaint on, or before, October 18, 2019.

23

PURSUANT TO MOTION, IT IS SO ORDERED

24

25

DATED: October 4, 2019

26

27

HON. JAMES L. ROBART
United States District Judge

# DBS | LAW

A Professional Limited Liability Company
155 NE 100ᵗʰ Street, Suite 205   Seattle, WA 98125
p: 206.489.3802 | f: 206.973.8737

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27

Presented by:


/s/ Peter Bennett
Peter Bennett, admitted *Pro Hac Vice*
D.C. Bar No. 1016919
peterbennettlaw@gmail.com
1200 Anastasia Ave., Ofc 360
Coral Gables, Florida 33134
Tel: (305) 444-5925

Daniel J. Bugbee, WSBA No. 42412
Dominique R. Scalia, WSBA No. 47313
155 NE 100th St., Suite 205
Seattle, WA 98125
Tel: (206) 489-3819

*Attorneys for Plaintiff*

