HONORABLE JAMES L. ROBART

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DAVID BORDEN, individually, and on behalf of all others similarly situated,<br><br>    Plaintiff,<br>v.<br><br>EFINANCIAL, LLC, a Washington Limited Liability Company,<br><br>    Defendant. | Case No. 2:19-cv-01430<br><br>[~~PROPOSED~~ ORDER] GRANTING PETER BENNETT'S MOTION TO WITHDRAW AS COUNSEL |

This matter comes before the Court on Peter Bennett's Motion to Withdraw as Counsel (the "Motion"). Having reviewed the Motion, and good cause appearing, the Court approves the Peter Bennett's Motion, and it is HEREBY ORDERED THAT:

Peter Bennet is hereby withdrawn as counsel for the Plaintiff in this matter, and he is permitted to remove himself from receiving CM/ECF notifications.

PURSUANT TO MOTION, IT IS SO ORDERED

DATED: October 11, 2019

HON. JAMES L. ROBART
United States District Judge

**DBS|LAW**

A Professional Limited Liability Company
155 NE 100th Street, Suite 205   Seattle, WA 98125
p: 206.489.3802 | f: 206.973.8737

1  Presented by:

2

3  /s/ *Peter Bennett*
Peter Bennett, admitted *Pro Hac Vice*
D.C. Bar No. 1016919
4  peterbennettlaw@gmail.com
1200 Anastasia Ave., Ofc 360
5  Coral Gables, Florida 33134
Tel: (305) 444-5925
6

7  Joshua A. Glickman, Esq., admitted *Pro Hac Vice*
Florida Bar No. 43994
josh@sjlawcollective.com
8  Social Justice Law Collective, PL
974 Howard Ave.
9  Dunedin, FL 34698
(202) 709-5744
10  (866) 893-0416 (Fax)

11

12  /s/ *Daniel J. Bugbee*
13  Daniel J. Bugbee, WSBA No. 42412
Dominique R. Scalia, WSBA No. 47313
14  155 NE 100th St., Suite 205
Seattle, WA 98125
15  Tel: (206) 489-3819

16  *Attorneys for Plaintiff*

17

18

19

20

21

22

23

24

25

26

27



A Professional Limited Liability Company
155 NE 100th Street, Suite 205   Seattle, WA 98125
p: 206.489.3802  |  f: 206.973.8737