HONORABLE JAMES L. ROBART

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DAVID BORDEN, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br>v.<br><br>EFINANCIAL, LLC, a Washington Limited Liability Company,<br><br>Defendant. | Case No. 2:19-cv-01430<br><br>[PROPOSED ORDER] MODIFYING DATE BY WHICH DEFENDANT'S RESPONSE TO THE COMPLAINT IS DUE |

This matter comes before the Court on the Plaintiff's Second Unopposed Motion to Modify Date by Which Defendant's Response to the Complaint is Due (the "Motion"). Having reviewed the Motion, and good cause appearing, the Court approves the Plaintiff's Motion, and it is HEREBY ORDERED THAT:

Defendant shall respond to the Complaint on, or before, October 31, 2019.

PURSUANT TO MOTION, IT IS SO ORDERED

Dated this 21st day of October, 2019

_____
HON. JAMES L. ROBART
United States District Judge

**DBS | LAW**

A Professional Limited Liability Company
155 NE 100th Street, Suite 205   Seattle, WA 98125
p: 206.489.3802 | f: 206.973.8737

Presented by:

/s/ *Joshua A. Glickman*
Joshua A. Glickman, Esq.
*Admitted Pro Hac Vice*
Joshua A. Glickman, Esq.
Kansas Bar No. 25889
Florida Bar No. 43994
josh@sjlawcollective.com
Social Justice Law Collective, PL
6709 W. 119th St., #198
Overland Park, KS 66209
(913) 213-3064

/s/ *Daniel J. Bugbee*
Daniel J. Bugbee
WSBA No. 42412
Dominique R. Scalia
WSBA No. 47313
155 NE 100th St., Suite 205
Seattle, WA 98125
Tel: (206) 489-3819

**DBS | LAW**

A Professional Limited Liability Company
155 NE 100th Street, Suite 205   Seattle, WA 98125
p: 206.489.3802 | f: 206.973.8737