THE HONORABLE JAMES L. ROBART

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DAVID BORDEN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>EFINANCIAL, LLC., a Washington Limited Liability Company,<br><br>Defendant. | No. 2:19-cv-01430-JLR<br><br>[PROPOSED ORDER] MODIFYING DATE BY WHICH DEFENDANT'S RESPONSE TO THE COMPLAINT IS DUE |

This matter comes before the Court on Defendant's First Unopposed Motion to Modify Date By Which Defendant's Response to the Complaint is Due (the "Motion"). Having reviewed the Motion, and good cause appearing, the Court approves Defendant's Motion, and it is HEREBY ORDERED THAT:

Defendant shall respond to the Complaint, on, or before, December 5, 2019.

PURSUANT TO MOTION, IT IS SO ORDERED.

Dated this 1st day of November, 2019

HON. JAMES L. ROBART
United States District Judge

[PROPOSED ORDER] GRANTING DEFENDANT'S
MOTION TO EXTEND
Case No. 2:19-cv-01430-JLR

Perkins Coie LLP
1201 Third Ave. Ste. 4900
Seattle, WA 98101
Tel: 206.359.8000
Fax: 206.359.9000

1

2   Presented by:
    /s/Nicola C. Menaldo
3       Nicola C. Menaldo
        PERKINS COIE LLP
4       1201 Third Avenue, Suite 4900
        Seattle, WA 98101-3099
5       Phone: 206.359.8000
        Email: NMenaldo@perkiscoie.com
6       Email: JSnell@perkinscoie.com

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

DEFENDANT'S UNOPPOSED MOTION TO MODIFY
DATE OF DEFENDANT'S RESPONSE
Case No. 2:19-cv-01430-JLR

Perkins Coie LLP
1201 Third Ave. Ste. 4900
Seattle, WA 98101
Tel: 206.359.8000
Fax: 206.359.9000