THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DAVID BORDEN, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>EFINANCIAL, LLC, a Washington Limited Liability Company,<br><br>Defendant. | No. 2:19-cv-01430-JLR<br><br>**DEFENDANT'S ANSWER AND AFFIRMATIVE DEFENSES TO CLASS ACTION COMPLAINT FOR VIOLATION OF THE TELEPHONE CONSUMER PROTECTION ACT, 47 U.S.C. § 227**<br><br>**DEMAND FOR JURY TRIAL** |

DEFENDANT'S ANSWER TO CLASS ACTION COMPLAINT
(No. 2:19-cv-01430-JLR) – 1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

Defendant, eFinancial, LLC ("eFinancial"), for its answer and affirmative defenses to the Complaint states as follows. eFinancial reserves the right to amend this Answer based on information made available through discovery or further investigation. Unless specifically admitted below, eFinancial denies each and every allegation, claim and prayer for relief contained in the Complaint.

## I.   PARTIES

1. eFinancial lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 1 and on that ground denies the allegations in Paragraph 1.

2. Admitted.

## II.   JURISDICTION AND VENUE

3. The allegations in Paragraph 3 state legal conclusions to which no response is required. To the extent that a response is required, eFinancial denies the allegations in Paragraph 3.

4. eFinancial admits that it is a Washington Limited Liability company with its principal business located in the Western District of Washington. The remaining allegations in Paragraph 4 state legal conclusions to which no response is required. To the extent that a response is required, eFinancial denies the remaining allegations in Paragraph 4.

## III.   PRELIMINARY STATEMENT

5. The allegations in Paragraph 5 state legal conclusions to which no response is required. To the extent that a response is required, eFinancial denies the allegations in Paragraph 5.

6. eFinancial admits that this is a class action lawsuit alleging violations under the Telephone Consumer Protection Act. The remaining allegations in Paragraph 6 state legal conclusions to which no response is required. To the extent that a response is required, eFinancial denies the allegations in Paragraph 6. To the extent that Paragraph 6 contains any factual

DEFENDANT'S ANSWER TO CLASS ACTION COMPLAINT
(No. 2:19-cv-01430-JLR) – 1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

allegations, eFinancial denies those allegations. Further, eFinancial denies that any class exists, denies that Plaintiff can maintain this action as a class action, denies that the class as alleged can be certified, and denies all remaining allegations of Paragraph 6.

7. eFinancial admits that Plaintiff sued eFinancial individually and on behalf of all others similarly situated alleging violations under the Telephone Consumer Protection Act. The remaining allegations in Paragraph 7 state legal conclusions to which no response is required. To the extent that a response is required, eFinancial denies the allegations in Paragraph 7. To the extent that Paragraph 7 contains any factual allegations, eFinancial denies those allegations. Further, eFinancial denies that any class exists, denies that Plaintiff can maintain this action as a class action, denies that the class as alleged can be certified, and denies all remaining allegations of Paragraph 7.

## IV.     GENERAL ALLEGATIONS

8. eFinancial admits that Plaintiff was sent these text messages pursuant to the prior express written consent he provided in his application process on the Progressive website. eFinancial lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 8 and on that ground denies the allegations in Paragraph 8.

9. eFinancial admits that the text messages were sent from the short code 95578 but denies the remaining allegations in Paragraph 9.

10. The allegations in Paragraph 10 state legal conclusions to which no response is required. To the extent that a response is required, eFinancial denies the allegations in Paragraph 10. To the extent that Paragraph 10 contains any factual allegations, eFinancial denies those allegations.

DEFENDANT'S ANSWER TO CLASS ACTION COMPLAINT
(No. 2:19-cv-01430-JLR) – 2

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

11. The allegations in Paragraph 11 state legal conclusions to which no response is required. To the extent that a response is required, eFinancial denies the allegations in Paragraph 11. To the extent that Paragraph 11 contains any factual allegations, eFinancial denies those allegations.

12. The allegations in Paragraph 12 state legal conclusions to which no response is required. To the extent that a response is required, eFinancial denies the allegations in Paragraph 12. To the extent that Paragraph 12 contains any factual allegations, eFinancial denies those allegations.

13. The allegations in Paragraph 13 state legal conclusions to which no response is required. To the extent that a response is required, eFinancial denies the allegations in Paragraph 13.

14. Denied.

15. eFinancial admits that the text messages set forth in Paragraph 8 were sent to Plaintiff who had provided prior express written consent and denies the remaining allegations in Paragraph 15.

16. The allegations in Paragraph 16 state legal conclusions to which no response is required. To the extent that a response is required, eFinancial denies the allegations in Paragraph 16.

17. eFinancial admits that the text messages set forth in Paragraph 8 were sent to Plaintiff who had provided prior express written consent and denies the remaining allegations in Paragraph 17.

18. The allegations in Paragraph 18 state legal conclusions to which no response is required. To the extent that a response is required, eFinancial denies the allegations in Paragraph 18. To the extent that Paragraph 18 contains any factual allegations, eFinancial denies those allegations.

DEFENDANT'S ANSWER TO CLASS ACTION COMPLAINT
(No. 2:19-cv-01430-JLR) – 3

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

19. eFinancial lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 19 and on that ground denies the allegations in Paragraph 19.

20. eFinancial lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 20 and on that ground denies the allegations in Paragraph 20.

### V. CLASS ACTION ALLEGATIONS

21. eFinancial admits that Plaintiff brings this action as a class action but denies that any class exists, denies that Plaintiff can maintain this action as a class action, denies that the class as alleged can be certified, and denies all remaining allegations of Paragraph 21.

22. eFinancial admits that Plaintiff brings this action as a class action but denies that any class exists, denies that Plaintiff can maintain this action as a class action, denies that the class as alleged can be certified, and denies all remaining allegations of Paragraph 22.

23. eFinancial denies that any class exists, denies that Plaintiff can maintain this action as a class action, denies that the class as alleged can be certified, and denies all remaining allegations of Paragraph 23.

24. Paragraph 24 states legal conclusions to which no response is required. To the extent that a response is required, eFinancial denies that any class exists, denies that Plaintiff can maintain this action as a class action, denies that the class as alleged can be certified, and denies all remaining allegations of Paragraph 24.

25. Paragraph 25 states legal conclusions to which no response is required. To the extent that a response is required, eFinancial denies that any class exists, denies that Plaintiff can maintain this action as a class action, denies that the class as alleged can be certified, and denies all remaining allegations of Paragraph 25. Further, to the extent Paragraph 26 contains factual allegations, eFinancial lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 25 and on that ground denies the allegations in Paragraph 25.

DEFENDANT'S ANSWER TO CLASS ACTION COMPLAINT
(No. 2:19-cv-01430-JLR) – 4

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

26. Paragraph 26 states legal conclusions to which no response is required. To the extent that a response is required, eFinancial denies that any class exists, denies that Plaintiff can maintain this action as a class action, denies that the class as alleged can be certified, and denies all remaining allegations of Paragraph 26. Further, to the extent Paragraph 26 contains factual allegations, eFinancial lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 26 and on that ground denies the allegations in Paragraph 26.

27. eFinancial lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 27 and on that ground denies the allegations in Paragraph 27. eFinancial also denies that any class exists, denies that Plaintiff can maintain this action as a class action, denies that the class as alleged can be certified, and denies all remaining allegations of Paragraph 27.

28. Paragraph 28 states legal conclusions to which no response is required. To the extent that a response is required, eFinancial denies that any class exists, denies that Plaintiff can maintain this action as a class action, denies that the class as alleged can be certified, and denies all remaining allegations of Paragraph 28. Further, to the extent that Paragraph 28 contains any factual allegations, eFinancial denies those allegations.

## VI.   CAUSES OF ACTION

### Claim for Relief for Violations of the TCPA

29. eFinancial reasserts and incorporates herein by references its responses to the averments set forth in Paragraphs 1 through 28 above as if fully set forth herein.

30. eFinancial admits that Plaintiff brings this action against the Defendant for sending eFinancial Insurance Text Messages to Plaintiff and to members of the Plaintiff Class and denies that any class exists, denies that Plaintiff can maintain this action as a class action, denies that the class as alleged can be certified, and denies all remaining allegations of Paragraph 30.

31. Denied.

DEFENDANT'S ANSWER TO CLASS ACTION COMPLAINT
(No. 2:19-cv-01430-JLR) – 5

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

32. Denied.

33. Denied.

34. Denied.

## VII. PRAYER FOR RELIEF

eFinancial denies that Plaintiff is entitled to any of the relief requested.

## AFFIRMATIVE DEFENSES

eFinancial sets forth the following affirmative defenses. By setting forth these defenses, eFinancial does not assume the burden of proof as to any fact issue or other element of any cause of action that properly belongs to Plaintiff. Further, eFinancial reserves the right to amend or supplement its affirmative defenses as discovery or further investigation may justify.

## FIRST AFFIRMATIVE DEFENSE

**(Failure to State a Claim)**

The Complaint fails to state a claim upon which relief can be granted.

## SECOND AFFIRMATIVE DEFENSE

**(Prior Express Consent)**

Plaintiff and any putative class members of the purported class provided prior express consent to receive the alleged text messages.

## THIRD AFFIRMATIVE DEFENSE

**(No ATDS was Used)**

The text messages allegedly sent to Plaintiff and any putative class members of the purported class were not made using an automatic telephone dialing system.

DEFENDANT'S ANSWER TO CLASS ACTION COMPLAINT
(No. 2:19-cv-01430-JLR) – 6

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

## FOURTH AFFIRMATIVE DEFENSE

### (No Vicarious Liability)

eFinancial is not liable for any alleged calls made by third parties for whose actions eFinancial cannot be held vicariously liable.

## FIFTH AFFIRMATIVE DEFENSE

### (Ratification and Acquiescence)

The claims of Plaintiff and any putative members of the purported class are barred, in whole or in part, by the doctrine of ratification and because Plaintiff and/or any purported class members acquiesced to any conduct engaged in by eFinancial, its agents and/or its partners.

## SIXTH AFFIRMATIVE DEFENSE

### (Waiver)

The claims of Plaintiff and any putative members of the purported class are barred by the doctrine of waiver.

## SEVENTH AFFIRMATIVE DEFENSE

### (Estoppel)

The claims of Plaintiff and any putative members of the purported classes are barred, in whole or in part, by their own conduct, actions, and inactions, which amount to and constitute an estoppel of all claims and relief sought.

## EIGHTH AFFIRMATIVE DEFENSE

### (Unclean Hands)

The claims of Plaintiff and any putative members of the purported classes are barred, in whole or in part, by the doctrine of unclean hands.

DEFENDANT'S ANSWER TO CLASS ACTION COMPLAINT
(No. 2:19-cv-01430-JLR) – 7

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

### NINTH AFFIRMATIVE DEFENSE

**(Plaintiff has no Standing)**

Plaintiff's claims, and those claims Plaintiff purports to bring on behalf of members of the putative class are barred, in whole or in part, because Plaintiff and the putative class members lack standing to assert those claims.

### TENTH AFFIRMATIVE DEFENSE

**(Failure to Mitigate)**

Plaintiff's claims are barred, in whole or in part, by Plaintiff's failure to mitigate damages, if any.  Similarly, members of the putative class that Plaintiff seeks to represent failed to mitigate their claimed damages, if any.

### ELEVENTH AFFIRMATIVE DEFENSE

**(Statute is Unconstitutional)**

The TCPA violates the First Amendment, Fifth Amendment, Eighth Amendment and Fourteenth Amendment to the Constitution of the United States of America and is unconstitutional under State Law.

### TWELFTH AFFIRMATIVE DEFENSE

**(Due Process)**

Certification of a class, based upon the facts and circumstances of this case, would constitute a denial of Defendant's right to due process under the Fourteenth Amendment to the United States Constitution and under State law.

### THIRTEENTH AFFIRMATIVE DEFENSE

**(Good Faith)**

The claims of Plaintiff and any putative members of the purported classes are barred, in whole or in part, by eFinancial's good faith and/or good faith legal defense.

DEFENDANT'S ANSWER TO CLASS ACTION COMPLAINT
(No. 2:19-cv-01430-JLR) – 8

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

**PRAYER FOR RELIEF**

WHEREFORE, eFinancial prays for judgment as follows:

1. That Plaintiff takes nothing by this action;

2. That judgment be entered in favor of eFinancial and against Plaintiff;

3. That eFinancial be awarded its costs of suit;

4. The Court deny Plaintiff's request to certify this action as a class action; and

5. That the Court award eFinancial such other and further relief as the Court may deem proper.

DATED: December 5, 2019

By: s/ Nicola C. Menaldo
Nicola C. Menaldo #44459
Attorney for Defendant eFinancial, LLC
**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone: 206.359.8000
Facsimile: 206.359.9000
Email: NMenaldo@perkinscoie.com

By: s/ James G. Snell
James G. Snell (*pro hac vice*)
Attorney for Defendant eFinancial, LLC
**Perkins Coie LLP**
3150 Porter Drive
Palo Alto, CA 94304-1212
Telephone: 650.838.4300
Facsimile: 650.838.4350
Email: JSnell@perkinscoie.com

By: s/ Debra Bernard
Debra R. Bernard (*pro hac vice*)
Attorney for Defendant eFinancial, LLC
**Perkins Coie LLP**
131 South Dearborn Street, Suite 1700
Chicago, IL 60603-5559
Telephone: 312.324.3400
Facsimile: 312.324.9400
Email: DBernard@perkinscoie.com

DEFENDANT'S ANSWER TO CLASS ACTION COMPLAINT
(No. 2:19-cv-01430-JLR) – 9

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000