HONORABLE JAMES L. ROBART

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DAVID BORDEN, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>EFINANCIAL, LLC, a Washington Limited Liability Company,<br><br>Defendant. | Case No. 2:19-cv-01430<br><br>[~~PROPOSED~~ ORDER] REGARDING THE PARTIES' JOINT STATUS REPORT AND DISCOVERY PLAN |

This matter comes before the Court on the Parties' Joint Status Report and Discovery Plan (the "Joint Status Report"). Having reviewed the Joint Status Report, and good cause appearing, the Court sets the following deadlines:

| | |
|---|---|
| Deadline to Serve Mandatory Initial Disclosures (pursuant to Fed. R. Civ. P. 26(a)(1)) | December 6, 2019 |
| Deadline to join additional parties and amend pleadings | January 24, 2020 |
| Close of Discovery | September 12, 2020 |
| Deadline for Disclosure of Expert Reports | October 12, 2020 |
| Deadline for Disclosure of Rebuttal Reports | November 13, 2020 |
| Class Certification Motion Deadline | December 14, 2020 |



A Professional Limited Liability Company
155 NE 100th Street, Suite 205   Seattle, WA 98125
p: 206.489.3802 | f: 206.973.8737

| Class Certification Opposition Deadline | January 22, 2021 |
| --- | --- |
| Class Certification Reply Deadline | February 5, 2021 |

The Court will set further case schedule deadlines, including the deadline to file dispositive motions, after ruling on the motion for class certification.

PURSUANT TO MOTION, IT IS SO ORDERED

Dated this 24th day of January, 2020

HON. JAMES L. ROBART
United States District Judge

Presented by:

/s/ Shawn A. Heller
Shawn A. Heller, Esq.
*Admitted Pro Hac Vice*
Florida Bar No. 46346
D.C. Bar No. 985899
shawn@sjlawcollective.com
Social Justice Law Collective, PL
974 Howard Avenue
Dunedin, FL 34698
Telephone: (202) 709-5744

Joshua A. Glickman, Esq.
*Admitted Pro Hac Vice*
Joshua A. Glickman, Esq.
Kansas Bar No. 25889
Florida Bar No. 43994
josh@sjlawcollective.com
Social Justice Law Collective, PL
6709 W. 119th St., #198
Overland Park, KS 66209
(913) 213-3064

/s/ Daniel J. Bugbee
Daniel J. Bugbee, WSBA No. 42412
Dominique R. Scalia, WSBA No. 47313
155 NE 100th St., Suite 205
Seattle, WA 98125
Tel: (206) 489-3819

*Attorneys for Plaintiff*

**DBS│LAW**

A Professional Limited Liability Company
155 NE 100th Street, Suite 205  Seattle, WA 98125
p: 206.489.3802 | f: 206.973.8737

1  By: s/ Nicola C. Menaldo
   Nicola C. Menaldo #44459
2  Attorney for Defendant eFinancial, LLC
   **Perkins Coie LLP**
3  1201 Third Avenue, Suite 4900
   Seattle, WA 98101-3099
4  Telephone: 206.359.8000
   Facsimile: 206.359.9000
5  Email: NMenaldo@perkinscoie.com

6  By: s/ James G. Snell
   James G. Snell (*pro hac vice*)
7  Attorney for Defendant eFinancial, LLC
   **Perkins Coie LLP**
8  3150 Porter Drive
   Palo Alto, CA 94304-1212
9  Telephone: 650.838-4300
   Facsimile: 650.838.4350
10 Email: JSnell@perkinscoie.com

11 By: s/ Debra Bernard
12 Debra R. Bernard (*pro hac vice*)
   Attorney for Defendant eFinancial, LLC
13 **Perkins Coie LLP**
   131 South Dearborn Street, Suite 1700
14 Chicago, IL 60603-5559
   Telephone: 312.324.3400
15 Facsimile: 312.324.9400
   Email: DBernard@perkinscoie.com
16
   *Attorneys for Defendant*
17

**DBS | LAW**

A Professional Limited Liability Company
155 NE 100th Street, Suite 205  Seattle, WA 98125
p: 206.489.3802 | f: 206.973.8737