THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DAVID BORDEN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>EFINANCIAL, LLC., a Washington Limited Liability Company,<br><br>Defendant. | No. 2:19-cv-01430-JLR<br><br>ORDER EXTENDING DISCOVERY AND CLASS CERTIFICATION DEADLINES |

This matter comes before the Court on the Parties Joint Motion to Extend Discovery and Class Certification Deadlines (the "Motion"). Having reviewed the Motion, and good cause appearing, the Court approves the Parties' Motion, and it is HEREBY ORDERED THAT:

The amended case deadlines are as follows:

| | |
|---|---|
| Deadline to join additional parties and amend pleadings | July 31, 2020 |
| Close of Discovery | December 11, 2020 |
| Deadline for Disclosure of Expert Reports | January 12, 2021 |
| Deadline for Disclosure of Rebuttal Reports | February 12, 2021 |
| Class Certification Motion Deadline | March 12, 2021 |
| Class Certification Opposition Deadline | April 22, 2021 |

[PROPOSED ORDER] EXTENDING DEADLINES
Case No. 2:19-cv-01430-JLR

148732300.1

**Perkins Coie LLP**
1201 Third Ave. Ste. 4900
Seattle, WA 98101
Tel: 206.359.8000
Fax: 206.359.9000

| Class Certification Reply Deadline | May 5, 2021 |
|---|---|

PURSUANT TO MOTION, IT IS SO ORDERED.

Dated this 7th day of July, 2020.

_____
JAMES L. ROBART
United States District Judge

[PROPOSED ORDER] EXTENDING DEADLINES
Case No. 2:19-cv-01430-JLR
148732300.1

**Perkins Coie LLP**
1201 Third Ave. Ste. 4900
Seattle, WA 98101
Tel: 206.359.8000
Fax: 206.359.9000

1

2  By: *s/ Shawn A. Heller*
   Shawn A. Heller, Esq. (*pro hac vice*)
3  Social Justice Law Collective, PL
   974 Howard Avenue
4  Dunedin, FL 34698
   shawn@sjlawcollective.com
5

6  By: *s/ Joshua A. Glickman*
   Joshua A. Glickman, Esq. (*pro hac vice*)
7  Social Justice Law Collective, PL
   6709 W. 119th St., #198
8  Overland Park, KS 66209
   josh@sjlawcollective.com
9
   By: /s/ *Daniel J. Bugbee*
10 Daniel J. Bugbee, WSBA No. 42412
   155 NE 100th St., Suite 205
11 Seattle, WA 98125
   Tel: (206) 489-3819
12

By: s/ Debra Bernard
Debra R. Bernard (*pro hac vice*)
Attorney for Defendant eFinancial, LLC
**Perkins Coie LLP**
131 South Dearborn Street, Suite 1700
Chicago, IL 60603-5559
Telephone: 312.324.3400
Facsimile: 312.324.9400
Email: DBernard@perkinscoie.com

By: s/ Nicola C. Menaldo
Nicola C. Menaldo #44459
Attorney for Defendant eFinancial, LLC
**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone: 206.359.8000
Facsimile: 206.359.9000
Email: NMenaldo@perkinscoie.com

By: s/ James G. Snell
James G. Snell (*pro hac vice*)
Attorney for Defendant eFinancial, LLC
**Perkins Coie LLP**
3150 Porter Drive
Palo Alto, CA 94304-1212
Telephone: 650.838-4300
Facsimile: 650.838.4350
Email: JSnell@perkinscoie.com

13
14
15
16
17
18
19
20
21
22
23
24
25
26

[PROPOSED ORDER] EXTENDING DEADLINES
Case No. 2:19-cv-01430-JLR
148732300.1

**Perkins Coie LLP**
1201 Third Ave. Ste. 4900
Seattle, WA 98101
Tel: 206.359.8000
Fax: 206.359.9000