THE HONORABLE JAMES L. ROBART

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DAVID BORDEN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>EFINANCIAL, LLC., a Washington Limited Liability Company,<br><br>Defendant. | No. 2:19-cv-01430-JLR<br><br>ORDER EXTENDING DEADLINE TO AMEND PLEADINGS |

This matter comes before the Court on the Parties' Joint Motion to Extend Deadline to Amend Pleadings (the "Motion") (Dkt. # 35). Having reviewed the Motion, and good cause appearing, the Court approves the Parties' Motion, and it is HEREBY ORDERED THAT the deadline to amend the pleadings is extended until August 7, 2020.

PURSUANT TO MOTION, IT IS SO ORDERED.

Dated this 3rd day of August, 2020

_____
HON. JAMES L. ROBART
United States District Judge

ORDER EXTENDING DEADLINE TO AMEND
PLEADINGS
Case No. 2:19-cv-01430-JLR

Perkins Coie LLP
1201 Third Ave. Ste. 4900
Seattle, WA 98101
Tel: 206.359.8000
Fax: 206.359.9000

Presented by:

By: *s/ Shawn A. Heller*
Shawn A. Heller, Esq. (*pro hac vice*)
Social Justice Law Collective, PL
974 Howard Avenue
Dunedin, FL 34698
shawn@sjlawcollective.com

By: *s/ Joshua A. Glickman*
Joshua A. Glickman, Esq. (*pro hac vice*)
Social Justice Law Collective, PL
6709 W. 119th St., #198
Overland Park, KS 66209
josh@sjlawcollective.com

By: /s/ *Daniel J. Bugbee*
Daniel J. Bugbee, WSBA No. 42412
Dominique R. Scalia, WSBA No. 47313
155 NE 100th St., Suite 205
Seattle, WA 98125
Tel: (206) 489-3819

By: s/ Debra Bernard
Debra R. Bernard (*pro hac vice*)
Attorney for Defendant eFinancial, LLC
**Perkins Coie LLP**
131 South Dearborn Street, Suite 1700
Chicago, IL 60603-5559
Telephone: 312.324.3400
Facsimile: 312.324.9400
Email: DBernard@perkinscoie.com

By: s/ Nicola C. Menaldo
Nicola C. Menaldo #44459
Attorney for Defendant eFinancial, LLC
**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone: 206.359.8000
Facsimile: 206.359.9000
Email: NMenaldo@perkinscoie.com

By: s/ James G. Snell
James G. Snell (*pro hac vice*)
Attorney for Defendant eFinancial, LLC
**Perkins Coie LLP**
3150 Porter Drive
Palo Alto, CA 94304-1212
Telephone: 650.838.4300
Facsimile: 650.838.4350
Email: JSnell@perkinscoie.com

ORDER EXTENDING DEADLINES Case No. 2:19-cv-01430-JLR

**Perkins Coie LLP**
1201 Third Ave. Ste. 4900
Seattle, WA 98101
Tel: 206.359.8000
Fax: 206.359.9000