THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DAVID BORDEN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>EFINANCIAL, LLC., a Washington Limited Liability Company,<br><br>Defendant. | No. 2:19-cv-01430-JLR<br><br>**ORDER GRANTING STIPULATION ALLOWING PLAINTIFF TO FILE FIRST AMENDED COMPLAINT** |

This matter comes before the Court on the Parties' Stipulation Allowing Plaintiff to File First Amended Complaint (the "Stipulation"). Having reviewed the Stipulation, the Court grants the Stipulation, and it is HEREBY ORDERED THAT Plaintiff shall have fourteen (14) days from the date of this Order to file and serve the amended pleading on all parties, and Defendant

//

//

//

//

//

//

[PROPOSED ORDER] GRANTING STIPULATION ALLOWING PLAINTIFF TO FILE FIRST AMENDED COMPLAINT
CASE NO. 2:19-CV-01430-JLR - PAGE 1

DBS | LAW
A Professional Limited Liability Company
155 NE 100th Street, Suite 205  Seattle, WA 98125
p: 206.489.3802 | f: 206.973.8737

1  shall have twenty-eight (28) days from the date Plaintiff's amended pleading is filed to file a
2  responsive pleading.

    PURSUANT TO STIPULATION, IT IS SO ORDERED.

    *[signature]*
    _____
    JAMES L. ROBART
    United States District Judge

[PROPOSED ORDER] GRANTING STIPULATION ALLOWING
PLAINTIFF TO FILE FIRST AMENDED COMPLAINT
CASE NO. 2:19-CV-01430-JLR - PAGE 2

DBS | LAW
A Professional Limited Liability Company
155 NE 100th Street, Suite 205   Seattle, WA 98125
p: 206.489.3802  |  f: 206.973.8737

By: *s/ Debra Bernard*
Debra R. Bernard (*pro hac vice*)
Attorney for Defendant eFinancial, LLC
**Perkins Coie LLP**
131 South Dearborn Street, Suite 1700
Chicago, IL 60603-5559
Telephone: 312.324.3400
Facsimile: 312.324.9400
Email: DBernard@perkinscoie.com

By: *s/ Nicola C. Menaldo*
Nicola C. Menaldo #44459
Attorney for Defendant eFinancial, LLC
**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone: 206.359.8000
Facsimile: 206.359.9000
Email: NMenaldo@perkinscoie.com

By: *s/ James G. Snell*
James G. Snell (*pro hac vice*)
Attorney for Defendant eFinancial, LLC
**Perkins Coie LLP**
3150 Porter Drive
Palo Alto, CA 94304-1212
Telephone: 650.838-4300
Facsimile: 650.838.4350
Email: JSnell@perkinscoie.com



DBS | LAW
A Professional Limited Liability Company
155 NE 100th Street, Suite 205   Seattle, WA 98125
p: 206.489.3802 | f: 206.973.8737

1
2
3  Presented by:
4  By: *s/ Shawn A. Heller*
   Shawn A. Heller, Esq. (*pro hac vice*)
5  Social Justice Law Collective, PL
   974 Howard Avenue
6  Dunedin, FL 34698
7  shawn@sjlawcollective.com

8  By: *s/ Joshua A. Glickman*
   Joshua A. Glickman, Esq. (*pro hac vice*)
9  Social Justice Law Collective, PL
   6709 W. 119th St., #198
10 Overland Park, KS 66209
11 josh@sjlawcollective.com

12 By: /s/ *Daniel J. Bugbee*
   Daniel J. Bugbee, WSBA No. 42412
13 155 NE 100th St., Suite 205
   Seattle, WA 98125
14 Tel: (206) 489-3819

15
16
17
18
19
20
21
22
23
24
25
26

[PROPOSED ORDER] GRANTING STIPULATION ALLOWING
PLAINTIFF TO FILE FIRST AMENDED COMPLAINT
CASE NO. 2:19-CV-01430-JLR - PAGE 4



DBS | LAW
A Professional Limited Liability Company
155 NE 100th Street, Suite 205   Seattle, WA 98125
p: 206.489.3802  |  f: 206.973.8737