THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DAVID BORDEN, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>EFINANCIAL, LLC, a Washington Limited Liability Company,<br><br>Defendant. | No. 2:19-cv-01430-JLR<br><br>ORDER GRANTING STIPULATED MOTION TO EXTEND EFINANCIAL'S RESPONSIVE PLEADING DEADLINE |

This matter comes before the Court on the parties' Stipulated Motion to Extend eFinancial's Responsive Pleading Deadline (the "Stipulated Motion"). Having reviewed the Stipulated Motion, and good cause appearing, it is HEREBY ORDERED THAT:

eFinancial shall file its responsive pleading to Plaintiff's Amended Complaint (Dkt. # 39) either 28 days after this Court denies eFinancial's motion to stay, or, if the Court grants eFinancial's motion to stay, 28 days after the stay is lifted.

IT IS SO ORDERED.

Dated this 21st day of August, 2020

_____
HON. JAMES L. ROBART
United States District Judge

ORDER
(No. 2:19-cv-01430-JLR) – 1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

Presented by:

*/s/ Shawn A. Heller*
Shawn A. Heller, Esq. (*pro hac vice*)
Attorney for Plaintiff David Borden
**Social Justice Law Collective, PL**
974 Howard Avenue
Dunedin, FL 34698
shawn@sjlawcollective.com

*/s/ Joshua A. Glickman*
Joshua A. Glickman, Esq. (*pro hac vice*)
Attorney for Plaintiff David Borden
**Social Justice Law Collective, PL**
6709 W. 119th St., #198
Overland Park, KS 66209
josh@sjlawcollective.com

*/s/ Daniel J. Bugbee*
Daniel J. Bugbee, WSBA No. 42412
Attorney for Plaintiff David Borden
155 NE 100th St., Suite 205
Seattle, WA 98125
Tel: (206) 489-3819

*/s/ James G. Snell*
James G. Snell (*pro hac vice*)
Attorney for Defendant eFinancial, LLC
**Perkins Coie LLP**
3150 Porter Drive
Palo Alto, CA 94304-1212
Telephone: 650.838.4300
Facsimile: 650.838.4350
Email:   JSnell@perkinscoie.com

*/s/ Anna Mouw Thompson*
Anna Mouw Thompson #52418
Attorney for Defendant eFinancial, LLC
**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone: 206.359.8000
Facsimile: 206.359.9000
Email:   AnnaThompson@perkinscoie.com

ORDER
(No. 2:19-cv-01430-JLR) – 2

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000