HONORABLE JAMES L. ROBART

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DAVID BORDEN, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br>v.<br><br>EFINANCIAL, LLC, a Washington Limited Liability Company,<br><br>Defendant. | Case No. 2:19-cv-01430<br><br>[~~PROPOSED~~ ORDER] GRANTING PLAINTIFF'S UNOPPOSED MOTION TO FILE SECOND AMENDED COMPLAINT |

This matter comes before the Court on the Plaintiff's Unopposed Motion to File Second Amended Complaint (the "Motion"). Having reviewed the Motion, and good cause appearing, the Court approves the Plaintiff's Motion, and it is HEREBY ORDERED THAT:

Plaintiff shall file his Second Amended Complaint within two days of this Order. Defendant shall file a motion to dismiss or answer four weeks from the date of the filing of Plaintiff's Second Amended Complaint. All subsequent deadlines shall be determined by the Federal and Local Rules, unless altered by the Court.

PURSUANT TO MOTION, IT IS SO ORDERED

**DBS | LAW**

A Professional Limited Liability Company
155 NE 100th Street, Suite 205   Seattle, WA 98125
p: 206.489.3802  |  f: 206.973.8737

Dated this 11th day of May, 2021

_____
HON. JAMES L. ROBART
United States District Judge

Presented by:

/s/ *Shawn A. Heller*
Shawn A. Heller, Esq.
*Admitted Pro Hac Vice*
Florida Bar No. 46346
D.C. Bar No. 985899
shawn@sjlawcollective.com
Social Justice Law Collective, PL
974 Howard Avenue
Dunedin, FL 34698
Telephone: (202) 709-5744

Joshua A. Glickman, Esq.
*Admitted Pro Hac Vice*
Joshua A. Glickman, Esq.
Kansas Bar No. 25889
Florida Bar No. 43994
josh@sjlawcollective.com
Social Justice Law Collective, PL
6709 W. 119th St., #198
Overland Park, KS 66209
(913) 213-3064

/s/ *Daniel J. Bugbee*
Daniel J. Bugbee, WSBA No. 42412
Dominique R. Scalia, WSBA No. 47313
155 NE 100th St., Suite 205
Seattle, WA 98125
Tel: (206) 489-3819

*Attorneys for Plaintiff*

DBS | LAW

A Professional Limited Liability Company
155 NE 100th Street, Suite 205   Seattle, WA 98125
p: 206.489.3802 | f: 206.973.8737