# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DAVID BORDEN,<br><br>    Plaintiff,<br><br>v.<br><br>EFINANCIAL, LLC,<br><br>    Defendant. | JUDGMENT IN A CIVIL CASE<br><br>CASE NO. C19-1430JLR |

___ **Jury Verdict**. This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**X**    **Decision by Court**. This action came to consideration before the court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT

Defendant eFinancial, LLC's motion to dismiss is GRANTED. (*See* Order (Dkt. # 64).) This matter is DISMISSED with prejudice.

Filed this 13th day of August, 2021.

              RAVI SUBRAMANIAN
              Clerk of Court

              s/ Ashleigh Drecktrah
              Deputy Clerk